IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:12-0966 |
| v. ) | Magistrate Judge Bryant |
| ) | |
| K & B TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636 (c) and Fed. R. Civ. P. 73. A telephone conference is set on **Wednesday, October 3, 2013, at 9:30 a.m.** to discuss suitable dates for the case to be tried. The parties shall call the Magistrate Judge's conference line of (616) 695-2857 in order to participate in this telephone conference.

It is so **ORDERED**.

                                           *s/ John S. Bryant*
                                           JOHN S. BRYANT
                                           United States Magistrate Judge